IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| AL MOORE, | ) |
| | ) |
|     Petitioner, | ) |
| | ) |
| v. | )   Case No. 4:12-CV-02231-KOB-TMP |
| | ) |
| ERIC H. HOLDER, | ) |
| ATTORNEY GENERAL, *et al.*, | ) |
| | ) |
|     Respondents. | ) |

**MEMORANDUM OPINION**

This matter comes before the court on the defendant's "Motion to Dismiss as Moot." (Doc. 6). On December 6, 2012, the magistrate judge filed his report recommending that the court dismiss this petition for habeas corpus relief filed pursuant to 28 U.S.C. § 2241 as moot. (Doc. 9). Neither party has filed any objections.

Having now carefully reviewed and considered de novo all the materials in the court file, including the report and recommendation, the court ADOPTS the magistrate judge's report and ACCEPTS his recommendation to dismiss the petition as moot. The court finds that the petitioner, having been released from custody on July 17, 2012, received the relief he sought in the petition. Consequently, the court finds that the motion to dismiss is due to be GRANTED and that the petition for habeas relief is due to be DISMISSED AS MOOT.

The court will enter a separate Order contemporaneously with this opinion.

DONE and ORDERED this 8th day of March, 2013.

_Karon O. Bowdre_
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE